IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 4 2024

CLERK, U.S. DISTRICT COURT
By_____
        Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | |
| v. | Criminal No. |
| | |
| BELISARIO MARTINEZ (01) a/k/a "MTZ" LUIS MENCHACA RIVAS (02) ALEJANDRO DURAN (03) a/k/a "Alex" JOSE CASTANEDA SOLANO (04) a/k/a "Broccoli" | 4-24CR-030-0 |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown but no later than in and around March 2023, and continuing until on or about October 28, 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants, **Belisario Martinez,** also known as MTZ, **Luis Menchaca Rivas, Alejandro Duran**, also known as Alex and **Jose Castaneda Solano**, also known as Broccoli, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)),

Indictment – Page 1

namely to possess with intent to distribute over five (5) kilograms of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846 (21 U.S.C. § § 841(a)(1) and (b)(1)(A)).

All in violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

Count Two
Conspiracy to Traffic Firearms
(Violation of 18 U.S.C. § 933)

Beginning on a date unknown but no later than in and around July 2023 and continuing until in and around October 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Belisario Martinez**, also known as MTZ, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate and agree to engage in conduct in violation of 18 U.S.C. § § 933(a)(1), (a)(3), and (b), namely to ship, transport, transfer, cause to be transported, and otherwise dispose of one or more firearms, including, but not limited to, the following:

1. a Barrett, 82A1, .50BMG rifle, bearing serial number AA016107;

2. An Ohio Ordnance M2, .50BMG rifle bearing serial number 850471;

3. a Barrett, M107A1, .50 caliber, Rifle, bearing serial number AE009998.

to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined by section 932(a)).

All in violation of 18 U.S.C. §§ 933(a)(1), (a)(3), and (b).

<u>Count Three</u>
Making a False Statement
(Violation of 18 U.S.C. § § 922(a)(6) and 2)

On or about July 29, 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Belisario Martinez**, also known as MTZ, aided and abetted by R.A., in connection with the acquisition of a firearm, a Barrett, M107A1, .50 caliber, Rifle, bearing serial number AE009998, from Crusader Firearms LLC, a licensed dealer of firearms in Granbury, Texas, within the meaning of Chapter 44, Title 18, United States Case Code, knowingly made a false and fictitious written statement to Crusader Firearms, which statement was intended and likely to deceive Crusader Firearms, as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that the defendant, **Belisario Martinez,** caused, directed, and instructed, R.A. to certify on ATF Form 4473 that R.A. was the actual transferee/buyer of the firearm, when in truth and in fact both the defendant and R.A. knew that **Belisario Martinez**, was the actual buyer of the firearm.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and 2.

Count Four
Making a False Statement
(Violation of 18 U.S.C. § 922(a)(6) and 2)

On or about August 29, 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Belisario Martinez**, also known as MTZ, aided and abetted by R.A. and others, in connection with the acquisition of a firearm, an Ohio Ordnance M2, .50BMG rifle bearing serial number 850471, from Marksmen Firearms LLC, a licensed dealer of firearms in Mansfield, Texas, within the meaning of Chapter 44, Title 18, United States Case Code, knowingly made a false and fictitious written statement to Marksmen Firearms, which statement was intended and likely to deceive Marksmen Firearms, as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that the defendant, **Belisario Martinez,** caused, directed, and instructed, R.A. to certify on ATF Form 4473 that R.A. was the actual transferee/buyer of the firearm, when in truth and in fact both the defendant and R.A. knew that **Belisario Martinez,** was the actual buyer of the firearm.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and 2.

**Indictment – Page 5**

Count Five
Making a False Statement
(Violation of 18 U.S.C. § 922(a)(6) and 2)

On or about October 3, 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant, **Belisario Martinez**, also known as MTZ, aided and abetted by J.R., W.L. and others, in connection with the acquisition of a firearm, a Barrett, 82A1, .50 caliber rifle, bearing serial number AA016107, from NTX Lead Heads LLC, a licensed dealer of firearms in Saginaw, Texas, within the meaning of Chapter 44, Title 18, United States Case Code, knowingly made a false and fictitious written statement to NTX Lead Heads LLC, which statement was intended and likely to deceive NTX Lead Heads LLC, as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that, J.R. certified on ATF Form 4473 that J.R. was the actual transferee/buyer of the firearm, when in truth and in fact J.R., W.L., and **Belisario Martinez** knew that **Belisario Martinez**, was the actual buyer of the firearm.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and 2.

<u>Forfeiture Notice</u>
(21 U.S.C. § 853(a)(1))

The allegations contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853(a)(1), upon conviction of an offense in violation of 21 U.S.C. 846 and 841(a)(1) as alleged in Count 1, defendants, **Belisario Martinez,** also known as MTZ, **Luis Menchaca Rivas, Alejandro Duran**, also known as Alex and **Jose Castaneda Solano**, also known as Broccoli, shall forfeit to the United States of America all rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the offenses and all rights, title and interest in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of either of the Title 21 violations alleged in this Indictment.

Upon conviction for the offense alleged in Counts 2, 3, 4, and 5 of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant, **Belisario Martinez,** shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including:

1. a Barrett, 82A1, .50BMG rifle, bearing serial number AA016107;

2. an Ohio Ordnance M2, .50MG rifle bearing serial number 850471;

3. a Barrett, M107A1, .50 caliber, Rifle, bearing serial number AE009998; and,

4. a Sig Sauer, MCX, Multi-Cal, firearm bearing serial number 63J017688.

If any of the property described above, as a result of any act or omission of defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 18 U.S.C § 924(d), and 28 U.S.C. § 2461(c).

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Email: Laura.Montes@usdoj.gov

Indictment – Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

BELISARIO MARTINEZ (01)
a/k/a "MTZ"
LUIS MENCHACA RIVAS (02)
ALEJANDRO DURAN (03)
a/k/a "Alex"
JOSE CASTANEDA SOLANO (04)
a/k/a "Broccoli"

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
Count 1

18 U.S.C. §§ 933(a)(1), (a)(3), and (b)
Conspiracy to Traffic Firearms
Count 2

18 U.S.C. §§ 922(a)(6) and 924(a)(2); and 2
Making a False Statement
Counts 3-5

28 U.S.C. § 853(a)
Forfeiture Notice

A true bill rendered

FORT WORTH                                                    FOREPERSON

Filed in open court this 14th day of February, 2024.

---------------------------------------------------------------------------------------------------------

**Defendant Belsario (01) in Federal custody since 12/11/2023; Defendant Rivas (02) in Federal custody since 12/11/2023; Defendant Solano (04) in Federal custody since 11/29/2023; Defendants Duran (03) on conditions of pretrial release.**

---------------------------------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:    4:23-MJ-889-BP